### 25468. FREEMAN v. THE STATE.

BROYLES, C. J. 1. The alcoholic beverage-control act of 1935 (Ga. Laws 1935, p. 327) did not repeal the law of this State making possession of whisky a penal offense, since a majority of votes were cast against the act in the election provided for therein. *Reynolds* v. *State,* 181 *Ga.* 547 (182 S. E. 917). Under that ruling the court properly overruled the demurrer to the accusation.

2. The remaining assignment of error in the bill of exceptions is expressly abandoned in the brief of counsel for the plaintiff in error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 7, 1936.

352

*R. S. Foy,* for plaintiff in error.
*Joe L. Houston, solicitor,* contra.